IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA for the )
use and benefit of RON KENDALL )
MASONRY, INC., )
)
Plaintiff, ) CASE NO. CV414-126
)
v. )
)
QBS, INC. and FEDERAL INSURANCE )
COMPANY, )
)
Defendants. )
)

### O R D E R

Before the Court is the Before the Court is Plaintiff's "Motion to Compel Arbitration and Stay Action Pending Arbitration." (Doc. 17.) In the motion, the parties state their intention to arbitrate their dispute and accordingly request that the Court stay this case. Satisfied that the contract calls for arbitration of Plaintiff's claims,[1] this **CASE IS STAYED** for ninety days pending arbitration of the dispute. The parties are **DIRECTED** to arbitrate this dispute to its conclusion, including

---

[1] The contract in this case mandates that any dispute between the parties must be settled by arbitration and in accordance with the American Arbitration Association's Commercial Arbitration Rules. (Doc. 1, Attach. 3 at 7 ("The parties agree that any dispute or claim concerning this Agreement or the terms or conditions of employment, including whether such dispute is arbitratable, will be settled by arbitration. The arbitration proceedings shall be conducted under the Commercial Arbitration Rules of the American Arbitration Association in effect at the time a demand for arbitration under the rules is made.").)

a decision by the arbitrator, within ninety days of this order. The Court expects the parties to comply with paragraphs one, three, four, and five of the parties' proposed order submitted with their present motion. If the parties have not settled this matter in arbitration within ninety days, the stay will be lifted.

The parties are further **DIRECTED** to notify the Court within seven days of their concluding the arbitration proceedings. Such notice should inform the Court of the resolution of the parties' dispute and whether this litigation should be dismissed.

SO ORDERED this 29th day of October 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA