UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>FOR THE USE OF )<br>RON KENDALL MASONRY, INC. )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>QBS, INC.; )<br>FEDERAL INSURANCE COMPANY, )<br>)<br>Defendants. ) | Case No. CV414-126 |

## O R D E R

On July 24, 2014, the defendants moved the Court to stay proceedings and compel arbitration in this case. Doc. 15. In that the Court has since granted a stay, doc. 18, then an extension of the arbitration deadline until November 30, 2015, doc. 23, the motion to compel (doc. 15) is **DENIED** without prejudice to defendants' right to renew it after November 30, 2015.

**SO ORDERED,** this 3rd day of April, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA